# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SABRINA L. FISHER, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| **vs.** | )   **CIVIL ACTION NO. 04-0427-CG-M** |
| | ) |
| **DEGUSSA CORPORATION, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## JUDGMENT

Pursuant to the memorandum, opinion and order entered on November 9, 2005, granting summary judgment in favor of the all of the defendants, and the court having no jurisdiction over the workmen's compensation claim, it is **ORDERED, ADJUDGED**, and **DECREED** that this case be, and hereby is, **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 10th day of November, 2005.

                                      /s/ Callie V. S. Granade
                                  **CHIEF UNITED STATES DISTRICT JUDGE**